PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Aspen Baker  **Docket Number:** 13-00287-001
 **PACTS Number:** 63115

**Name of Sentencing Judicial Officer:** Honorable Mary A. McLaughlin
United States District Judge
(Eastern District of Pennsylvania)

**Name of Newly Assigned Judicial Officer:** Honorable Noel L. Hillman
United States District Judge
(Jurisdiction transferred effective April 29, 2013)

**Date of Original Sentence:** 12/11/2012
**Date of Violation Sentence:** 10/17/13

**Original Offense:** Use of One or More Unauthorized Access Devices, in violation of 18 §1029(a)(2); Aggravated Identity Fraud (2 counts), in violation of 18 §1028(a)(1) and (c)(4).

**Original Sentence:** Imprisonment - time served; Supervised Release - 3 years; Special Conditions - drug treatment; mental health treatment; vocational counseling; financial disclosure; no new debt/credit; Restitution - $2,377.32; Special Assessment - $300.

**Violation Sentence:** Supervised Release continued. Six Month Residential Reentry Center Placement added as a special condition.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 12/12/12

**Assistant U.S. Attorney:** Matthew Smith, 401 Market St., 4th Floor, P.O. Box 2098, Camden, New Jersey 08101, (609) 757-5026

**Defense Attorney:** Maggie Moy, 840 Cooper Street, Suite 350, Camden, New Jersey 08102, (609) 757-5341

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |

On November 16, 2013, Baker was charged with Theft and Receiving Stolen Property, in violation of 2C: 20-3A and 2C: 20-7A. According to the Warrant# 2013 001136 0806, on or about November 3, 2013, in Glassboro Boro, Gloucester County, Baker did commit the offense of theft by unlawful taking or exercising control of certain moveable property, to wit, a bright pink Guess brand handbag containing multiple personal items belonging to Kim Bridges, with the intent to deprive the owner thereof, (specifically by*) removing the handbag from the Spot Nightclub in the Landmark Americana without the owner's knowledge or permission.

Baker did commit the offense of knowingly receiving moveable property belonging to Kim Bridges knowing that it was stolen (specifically by*) having in her possession and under her control a bright pink Guess handbag ($100 value) containing a brown leather Guess wallet ($60 value), numerous credit and debit cards, credit cards, medical insurance cards, social security cards, a New Jersey driver's license, a black IPhone 5 ($500 value) in a pink Lifeproof brand case ($50 value), and prescription eyeglasses ($400 value) in the Landmark Americana.

On December 2, 2013, the offender was detained by Cinnaminson Police, Cinnaminson, New Jersey, on the outstanding Glassboro Police warrant. She is currently in custody pending transfer to Glassboro, Police Department. The charges are pending Indictment in Superior Court of New Jersey, Gloucester County.

2  The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

On November 3, 2013, the offender was questioned by the Glassboro Police Department regarding the above theft at the Landmark Americana Bar in Glassboro, New Jersey. According to the investigating officer, the offender admitted that she was bar hopping with her girlfriend but denied stealing the purse. The officer tried to persuade her to just return the purse but she continued to deny taking it. Despite specific questioning by the undersigned officer, Baker denied contact with the police and maintained that she was not in the Landmark Americana. Despite the undersigned writer advising that she spoke to the investigating officer, Baker continued to deny law enforcement contact.

3  The offender has violated the standard supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

On September 20, 2013, Baker appeared before the Honorable Noel L. Hillman for a Violation of Supervised Release hearing. At that time, the Court ordered that the offender be on home confinement without electronic monitoring twenty-four hours a day with the exception of approved absences for schooling, treatment, Narcotic Anonymous meetings, medical appointments and other leave approved by the U.S. Probation Office. The Court continued this order on subsequent hearings on October 3, 2013, and October 17, 2013.

According to the Glassboro Police Department, the offender was in the Landmark Americana bar in Glassboro, New Jersey on November 3, 2013 at approximately 12:30 a.m., as evidenced by the establishments records and video surveillance. At no time was Baker approved to leave her residence to go the Landmark Americana bar.

4     The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

Baker reported to the Residential Re-entry Center, Phoenix House, on November 13, 2013. On November 20, 2013, the offender was drug tested by Phoenix House and tested positive for phencyclidine (PCP). On November 21, 2013, Baker was drug tested at Phoenix House, and again tested positive for phencyclidine.

I declare under penalty of perjury that the foregoing is true and correct.

By: Christine M. Rennie
U.S. Probation Officer
Date: 12/02/13

---

**THE COURT ORDERS:**

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action

_____
Signature of Judicial Officer

December 2, 2013
_____
Date